**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAMSON PELL DONALD** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-1901 |
| | : | |
| **BANK OF AMERICA, N.A.** | : | |

**ORDER**

This 5th day of August, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 10) is **GRANTED**.

The Clerk of Court is requested to mark this matter closed for administrative purposes.

 /s/ Gerald Austin McHugh
United States District Judge